# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 22, 2014

Lyle W. Cayce
Clerk

No. 13-11286
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL D. LUJAN,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:03-CR-47-10

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Manuel D. Lujan, federal prisoner # 30527-177, appeals the denial of his purported Federal Rule of Civil Procedure 60(b)(4) motion. A timely notice of appeal is mandatory and jurisdictional in a civil case. *Bowles v. Russell*, 551 U.S. 205, 213-14 (2007). Even in a criminal case, compliance with the time requirements is mandatory and may be enforced by the court. *United States v. Leijano-Cruz*, 473 F.3d 571, 574 (5th Cir. 2006). We previously remanded to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-11286

the district court for it to determine whether Lujan delivered the notice of appeal from the denial of his motion to prison officials on or before July 2, 2013. The district court found no competent evidence that it was.

Because Lujan failed to file a timely notice of appeal, the appeal is DISMISSED.  Lujan's motion for the appointment of counsel is DENIED.